**Lowell Mason VARNEY,**
**Plaintiff–Appellant,**

v.

**Captain MULLISK; Robert Allen, Unit Manager; Uris Bennett, Correctional Officer, Defendants–Appellees.**

No. 14–6651.

United States Court of Appeals, Fourth Circuit.

Submitted: June 11, 2014.

Decided: July 24, 2014.

Lowell Mason Varney, Appellant Pro Se.

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lowell Mason Varney seeks to appeal the district court's order denying his motions for appointment of counsel in his pending 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Varney seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*